178 So. 926

**Andrew SPRINGER v. STATE.**

**8 Div. 537.**

Court of Appeals of Alabama.
Feb. 1, 1938.

BRICKEN, Presiding Judge.
Appeal dismissed.

176 So. 926

**Hugh STACEY v. STATE.**

**7 Div. 299.**

Court of Appeals of Alabama.
Oct. 26, 1937.

BRICKEN, Presiding Judge.
Affirmed.

176 So. 926

**Ealon STANLEY v. STATE.**

**7 Div. 298.**

Court of Appeals of Alabama.
Oct. 26, 1937.

RICE, Judge.
Affirmed.

177 So. 926

**Nancy STANSELL v. STATE.**

**6 Div. 238.**

Court of Appeals of Alabama.
Dec. 7, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed.

187 So. 897

**STATE v. Solomon BARBER.**

**1 Div. 326.**

Court of Appeals of Alabama.
March 21, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

Geo. A. Sossaman, of Mobile, for appellee.

SAMFORD, Judge.

This is a companion case of the State v. Powe, ante, p. 402, 185 So. 781.

On authority of the above mentioned case, the appeal in this case is dismissed.

187 So. 897

**STATE v. Charles BULLEN.**

**1 Div. 331.**

Court of Appeals of Alabama.
March 21, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

Carl M. Booth, of Mobile, for appellee.

BRICKEN, Presiding Judge.

This is a companion case to the case of State v. Powe, ante, p. 402, 185 So. 781.

The cases are identical, and all of the points have been decided and treated in the Powe case, supra.

On authority of that case, the State is not entitled to an appeal. Therefore, the appeal is dismissed.

Dismissed.